UNITED STATES OF AMERICA
DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| Crystal Medina-Corchado, ) | |
| Savannah Koonce, Jennifer Korn, ) | |
| Casey Simpson, and Kiana Ebbighausen, ) | |
|     *Plaintiffs*, ) | Civil Action No. 3:21-cv-00132 |
| ) | |
| v. ) | |
| ) | |
| University of New Haven, and Ashley Dunn, ) | |
| Rebecca Johnson, Frederic Baker, and ) | |
| Becca Kitchell, all in their Individual and ) | |
| Professional Capacities, ) | |
|     *Defendants.* ) | |

PLAINTIFFS' STIPULATION OF DISMISSAL

The Plaintiffs hereby stipulate to the dismissal of this action in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

    Respectfully Submitted,
    By Plaintiffs' Attorneys,

    **/s/ Michaela M. Weaver**
    John T. Martin, Admission *Pro Hac Vice*
    MA BBO # 676344
    jmartin@kjclawfirm.com
    Michaela M. Weaver, Admission *Pro Hac Vice*
    CT Bar No. phv11126
    MA BBO # 705985
    mweaver@kjclawfirm.com
    KJC Law Firm, LLC
    One Exchange Place, 2nd Level
    Worcester, MA 01608
    (617) 720-8447

Date: August 22, 2023

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on August 22, 2023, a copy of the foregoing Motion was filed electronically through the CM/ECF System and served electronically upon all registered participants, as identified on the Notice of Electronic Filing (NEF) and served via mail on anyone unable to accept electronic filing.

 **<u>/s/ Michaela M. Weaver</u>**